

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00363-CV

| | | |
|---|---|---|
| Ruby Lucille Hall | § | From the 141st District Court |
| v. | § | of Tarrant County (141-256462-11) |
| | § | February 20, 2014 |
| RDSL Enterprises LLC d/b/a Jack in the Box | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee RDSL Enterprises LLC d/b/a Jack in the Box shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier_____

Justice Bill Meier